IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| LLOYD C. PEEPLES, III | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | |
| CAROLINA CONTAINER, LLC, | : | 4:19-cv-21-hlm |
| WILLIAM PONDER | : | |
|     Defendants. | : | |
| | : | |

## RULE 5.4 CERTIFICATE OF SERVICE

This is to certify that on November 4, 2019 true and correct copies of Defendant William Ponder's Responses to Carolina Container LLC's Second Continuing Interrogatories and Requests For Productions of Documents were served upon the following parties in this case by depositing copies of same in the U.S. Mail with proper postage affixed thereto to ensure delivery addressed as follows:

| | |
|---|---|
| Robert Lowry Berry, Esq.<br>Ivy Stewart Duggan, Esq.<br>Lee B. Carter, Esq.<br>Brinson Askew Berry Siegler<br> Richardson & Davis, LLP<br>P.O. Box 5007<br>Rome, GA  30162<br>*Counsel for Plaintiff* | Connor McGinnis Bateman, Esq.<br>Eric F. Barton, Esq.<br>Seyfarth Shaw LLP<br>1075 Peachtree Street, NE, Suite 2500<br>Atlanta, GA  30309<br>*Counsel for Carolina Container, LLC;* |

iManage 12774749v.1

| | |
|---|---|
| Brandon L. Bigelow, Esq.<br>Seyfarth Shaw LLP<br>Seaport East, Suite 300<br>Two Seaport Lane<br>Boston, MA  02210<br>*Counsel for Carolina Container, LLC;* | |

This 4th day of November, 2019.

                                              **HAWKINS PARNELL & YOUNG, LLP**

                                              */s/  Zachary S. Lewis*

| | |
|---|---|
| | Christine L. Mast |
| 303 Peachtree Street, Suite 4000 | Georgia Bar No. 461349 |
| Atlanta, GA  30308-3243 | Zachary S. Lewis |
| (404) 614-7400 *(phone)* | Georgia Bar No. 689146 |
| (404) 614-7500 *(fax)* | *Counsel for William Ponder* |