IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| LLOYD C. PEEPLES, III,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLINA CONTAINER, LLC, and WILLIAM PONDER,<br><br>    Defendants. | Civil Action No. 4:19-cv-21-MLB |

**JOINT REPORT REGARDING MEDIATION AND
REQUEST TO FURTHER DELAY ENTRY OF JUDGMENT**

Plaintiff Lloyd Peeples and Defendant Carolina Container LLC, by their respective attorneys and pursuant to the Court's September 15, 2022 Order, hereby file this Joint Report regarding the outcome of the parties' October 28, 2022 mediation. The parties reached a settlement in principle at mediation, have negotiated and executed a definitive settlement agreement, and anticipate filing a joint stipulation of dismissal within thirty days. As such, the parties respectfully request that the Court further delay entering judgment in this case until December 3, 2022.

1

Respectfully submitted, this 3rd day of November, 2022.

| | |
|---|---|
| **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP** | **SEYFARTH SHAW, LLP** |
| /s/ I. Stewart Dugan<br>I. Stewart Duggan<br>Georgia Bar No. 232207<br>/s/ Lee B. Carter<br>Lee B. Carter<br>Georgia Bar No. 595903 | /s/ Esther Slater McDonald<br>Esther Slater McDonald<br>Georgia Bar No. 649005<br>Connor M. Bateman<br>Georgia Bar No. 226850 |
| Post Office Box 5007<br>Rome, Georgia 30162-5007<br>Telephone: (706) 291-8853<br>Fax: (706) 234-3574<br>isduggan@brinson-askew.com<br>lcarter@brinson-askew.com | 1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br>cbateman@seyfarth.com |
| *Attorneys for Plaintiff* | /s/ Brandon Bigelow<br>Brandon Bigelow<br>(admitted *pro hac vice*) |
| **BOVIS, KYLE, BURCH & MEDLIN, LLC** | Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, Mass. 02210-2028 |
| /s/ Zachary S. Lewis<br>Zachary S. Lewis<br>Georgia Bar No. 689146 | Telephone:  (617) 946-4800<br>Facsimile:  (617) 946-4801<br>bbigelow@seyfarth.com |
| 200 Ashford Center North, Suite 500<br>Atlanta, GA 30338-2668<br>Tel. (770) 391-9100<br>Fax ((70) 668-0878<br>zlewis@boviskyle.com | *Attorneys for Defendant Carolina Container LLC* |
| *Attorney for Defendant William Ponder* | |

2

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing **JOINT REPORT REGARDING MEDIATION AND REQUEST TO FURTHER DELAY ENTRY OF JUDGMENT UNTIL AFTER MEDIATION** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the attorneys of record.

This 3rd day of November, 2022.

By: */s/ Esther Slater McDonald*
Esther Slater McDonald