# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

Lloyd C. Peeples, III,

        Plaintiff,

v.     Case No. 4:19-cv-21-MLB

Carolina Container, LLC and
William Ponder,

        Defendants.

_____/

## **ORDER**

The parties have announced that this case has settled. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner. The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 3rd day of November, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE