**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| LLOYD C. PEEPLES, III,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLINA CONTAINER, LLC, and WILLIAM PONDER,<br><br>    Defendants. | Civil Action No. 4:19-cv-21-MLB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and this Court's November 4, 2022 Order (ECF No. 199), Plaintiff Lloyd C. Peeples, III, Defendant Carolina Container, LLC, and Defendant William Ponder, by and through their respective counsel, stipulate to the dismissal of all claims in this case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted on this 10th day of November, 2022.

| | |
|---|---|
| **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP** | **SEYFARTH SHAW LLP** |

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

*/s/ I. Stewart Dugan*
I. Stewart Duggan
Georgia Bar No. 232207
*/s/ Lee B. Carter*
Lee B. Carter
Georgia Bar No. 595903
Post Office Box 5007
Rome, Georgia 30162-5007
Telephone: (706) 291-8853
Fax: (706) 234-3574
isduggan@brinson-askew.com
lcarter@brinson-askew.com

*Attorneys for Plaintiff*

**BOVIS, KYLE, BURCH & MEDLIN, LLC**

*/s/ Zachary S. Lewis*
Zachary S. Lewis
Georgia Bar No. 689146
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
Tel. (770) 391-9100
Fax ((70) 668-0878
zlewis@boviskyle.com

*Attorney for Defendant*
*William Ponder*

**SEYFARTH SHAW LLP**

*/s/ Esther Slater McDonald*
Esther Slater McDonald
Georgia Bar No. 649005
Connor M. Bateman
Georgia Bar No. 226850
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
emcdonald@seyfarth.com
cbateman@seyfarth.com

Brandon Bigelow
(admitted *pro hac vice*)
Seaport East
Two Seaport Lane, Suite 1200
Boston, Mass. 02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801
bbigelow@seyfarth.com

*Attorneys for Defendant Carolina Container LLC*

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the attorneys of record.

This 10th day of November, 2022.

> By:   */s/ Esther Slater McDonald*
> Esther Slater McDonald